IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EDWIN A. TORRES, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-26-CV-301-FB |
| | § | |
| SBDC TEXAS SOUTH-WEST NETWORK; | § | |
| THE UNIVERSITY OF TEXAS AT SAN | § | |
| ANTONIO; and PUERTO RICO SMALL | § | |
| BUSINESS & TECHNOLOGY | § | |
| DEVELOPMENT CENTER NETWORK, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The Court has considered the Report and Recommendation of United States Magistrate Judge filed in the above-captioned cause on July 13, 2026 (ECF No. 32), concerning: (1) Defendants The University of Texas San Antonio and SBDC Texas South-West Network's Motion to Dismiss (ECF No. 6) and (2) Defendant Puerto Rico Small Business & Technology Development Center Network's Motion to Dismiss (ECF No. 10).

According to the CM/ECF system, the Report and Recommendation sent by certified mail, return receipt requested, to Plaintiff Edwin A. Torres was received no later than July 23, 2026 (ECF No. 34). The record reflects Defendants were served by electronic transmission on July 14, 2026. To date, the docket reflects no objections to the Report and Recommendation have been received.[1]

---

[1] Any party who desires to object to a Magistrate's findings and recommendations must serve and file his, her or its written objections within fourteen days after being served with a copy of the findings and recommendation. 28 U.S.C. § 635(b)(1). If service upon a party is made by mailing a copy to the party's last known address, "service is complete upon mailing ." FED. R. CIV. P. 5(b)(2)(C). If service is made by electronic means, "service is complete upon transmission." *Id*. at (E). When the mode of service is by electronic means, three days are no longer added to the time period to act after being served. *See Heverling v. McNeil Consumer Pharmaceuticals, Co.*, Civil Action No. 1:17-CV-1433, 2018 WL 1293304 at *2 n.3 (M.D. Pa. Mar. 13, 2018) ("On April 28, 2016, the Supreme Court adopted changes to the Federal Rules of Civil Procedure. In pertinent part, the Court amended Rule 6(d) to remove 'electronic means' as a mode of service triggering an additional three days to act when a responsive period commences upon service. *See* FED. R. CIV. P. 6, advisory committee's note to 2016 amendment. The amendments took effect on December 1, 2016.").

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). The Court has reviewed the Report and finds its reasoning to be neither clearly erroneous nor contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989). The Recommendation shall therefore be accepted pursuant to 28 U.S.C. § 636(b)(1) such that: (1) Defendants The University of Texas San Antonio and SBDC Texas South-West Network's Motion to Dismiss (ECF No. 6) and (2) Defendant Puerto Rico Small Business & Technology Development Center Network's Motion to Dismiss (ECF No. 10) shall be GRANTED, and Plaintiff shall be given an opportunity to amend his complaint to state (1) plausible claims, (2) that name a juridical entity as a Defendant, and (3) that are not barred by sovereign immunity.

Accordingly, it is hereby ORDERED that the Report and Recommendation of United States Magistrate Judge filed in this cause on July 13, 2026 (ECF No. 32), is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that: (1) Defendants The University of Texas San Antonio and SBDC Texas South-West Network's Motion to Dismiss (ECF No. 6) and (2) Defendant Puerto Rico Small Business & Technology Development Center Network's Motion to Dismiss (ECF No. 10) are GRANTED WITHOUT PREJUDICE. Plaintiff is hereby provided one last opportunity to amend his complaint, as explained in the Report and Recommendation, to state: (1) plausible claims, (2) that name a juridical entity as a Defendant, and (3) that are not barred by sovereign immunity.

IT IS FURTHER ORDERED that Plaintiff shall have until **Friday, September 25, 2026**, to file an Amended Complaint which conforms to the Court's directive. Plaintiff is advised that his

failure to file an Amended Complaint by the September 25, 2026, deadline will result in his case being dismissed for failure to prosecute and/or failure to comply with a court order.

It is so ORDERED.

SIGNED this 25th day of August, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE